AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Sedwick, John W. | **2. Court or Organization**<br><br>District of Alaska | **3. Date of Report**<br><br>04/14/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>U.S. District Court<br>222 W. 7th Ave. #32<br>Anchorage, AK 99513 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 21 A 11: 05 FINANCIAL DISCLOSURE OFFICE

Sedwick_John_W

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 04/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Alaska Permanent Fund Dividend | 3269.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Alaska Permanent Fund Dividend |
| 2. 2008 | State of Alaska Pension |
| 3. 2008 | Prudential VISTA Real Estate Commission |
| 4. 2008 | Dynamic Properties, consulting fees |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 04/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, rede ption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Income From Duplexes in Anchorage, AK (gross) | E | Rent | O | W | | | | | |
| 2. 1st Nat'l Bank Alaska Stock | B | Dividend | K | T | | | | | |
| 3. 1st Nat'l Bank Alaska Accounts | A | Interest | K | T | | | | | |
| 4. Northrim Bank Accounts | A | Interest | L | T | | | | | |
| 5. UBS Accounts | B | Interest | J | T | | | | | |
| 6. UBS Accounts: Alaska State Int'l Airport Bond | | | | | Sold | 07/28 | K | A | |
| 7. City of Akhiok Bond | A | Dividend | J | T | | | | | |
| 8. Lincoln Nat'l Life Ins. Co. Policies | D | Interest | M | T | | | | | |
| 9. ████IRA | F | Int./Div. | N | T | | | | | |
| 10. ████IRA: American Funds Capital World G&I Fund | | | | | | | | | |
| 11. ████IRA: UBS Dynamic Alpha Fund | | | | | | | | | |
| 12. ████IRA: UBS Global Allocation Fund | | | | | | | | | |
| 13. IRA #1 | G | Int./Div. | P1 | T | | | | | |
| 14. IRA #1: Alliance Bernstein Int'l Fund | | | | | | | | | |
| 15. IRA #1: Allianz NFJ Dividend Value Fund | | | | | | | | | |
| 16. IRA #1: American Funds Capital Income Builder Fund | | | | | Sold (part) | 12/05 | J | A | |
| 17. IRA #1: American Funds Capital World G&I Fund | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1: American Funds Growth Fund of America | | | | | | | | | |
| 19. American Funds Income Fund of America | | | | | Sold (part) | 12/05 | J | A | |
| 20. IRA #1: Blackrock Aurora Fund | | | | | | | | | |
| 21. IRA #1: Calamos Growth Fund | | | | | | | | | |
| 22. IRA #1: Davis New York Venture | | | | | | | | | |
| 23. IRA # 1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 12/05 | K | A | |
| 24. IRA # 1: Pimco Total Return Fund | | | | | Sold (part) | 12/05 | L | A | |
| 25. IRA #1: UBS Dynamic Alpha Fund | | | | | | | | | |
| 26. IRA # 1: UBS Pace Money Market Fund | | | | | | | | | |
| 27. IRA #1: United States Government Securities | | | | | | | | | |
| 28. IRA # 1: Van Kampen Emerging Markets Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII: IRA #1 had minor additional income as follws: An asset formerly owned named R&D Partners is still being wound up and small distributions in connection with winding up its affairs were received on 5/23 and 12/30. The first was associated with an unvalued interest called Centocor CPR and the second with an unvalued interest called Genzyme CPR. Each payment had income code A.

2. Part VII: The assets in IRA #1 have been listed in alphabetical order and the full name used. The 2007 report listed transactions involving the American Funds Capital World G & I Fund, which were reported both correctly using the full name and incorrectly without the word "Capital." The two descriptions used in the 2007 report are of the same fund.

3. Part VII: Regarding both IRA accounts: As in years past, reinvestments of income into the same fund are not listed as transactions and the total value of each IRA is listed in lieu of separately listing the value of each mutual fund held within each IRA.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sedwick, John W. | 04/14/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544